IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

HERBERTH ANTONIO FUENTES,

    Petitioner,

vs.                                    Civ. No. 10-526 WJ/LFG

RAY TERRY, Otero County Processing Center,

    Respondent.

## ORDER GRANTING EXTENSION OF
## TIME TO FILE RESPONSE

THIS MATTER came before the Court on the unopposed motion of Mr. Fuentes for an extension of time to file a response to the government's motion to dismiss. The Court, being advised in the circumstances, concludes the motion is well taken and shall be GRANTED.

IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time to Respond to Respondent's Motion to Dismiss [Doc. 12] is granted. Mr. Fuentes shall have until September 30, 2010, in which to file a response in this case.

                                                *Lorenzo F. Garcia*
                                                HON. LORENZO GARCIA
                                                UNITED STATES MAGISTRATE JUDGE